UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EVERARDO ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-05558 |
| | ) | |
| v. | ) | Judge Jorge L. Alonso |
| | ) | |
| THOMAS J. DART, CONNIE MENNELLA, PATRICE LASSA, JAMIE CROTHERS, TYRISHA CLARY, GINA CHUNG, NGOZI IRENE CHINEDU, TORRENCE GRESHAM-TROTTER, and COOK COUNTY, ILLINOIS | ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE**

NOW COMES Plaintiff Everardo Ortiz and Defendants (collectively, the "Parties"), through their counsel, and move this Honorable Court as follows:

1. The Parties stipulate to the dismissal of Plaintiff's claims against the Defendants, with prejudice and without costs because the matter has been settled to the mutual satisfaction of the Parties.

2. The parties request an order of dismissal terminating the case against the Defendants, in its entirety.

WHEREFORE, the Parties request that this Honorable Court enter an order of dismissal terminating the case, in its entirety, *with prejudice* and without costs.

| Counsel for Plaintiff: | Counsel for Defendant Thomas J. Dart: |
|---|---|
| _s/ Shana A. Shifrin_ | _s/ Danielle Mikhail_ |
| Shana A. Shifrin | Danielle Mikhail |
| sshifrin@burkelaw.com | Danielle.mikhail@cookcountyil.gov |
| Burke, Warren, MacKay & Serritella, PC | Assistant State's Attorney |
| 330 North Wabash Ave., 21st Floor | 500 Richard J. Daley Center |
| Chicago, IL 60661 | Chicago, IL 60602 |
| Telephone: (312) 840-7000 | Telephone: (312) 603-3368 |

Counsel for Remaining Defendants:

_/s/ Mia Buntic_
Mia Buntic
Mia.buntic@cookcountyil.gov
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
Telephone: (312) 603-3368